IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF CALIFORNIA
San Francisco Division

JOE HAND PROMOTIONS, INC.,   §
                             §
     Plaintiff,              §
                             §                    RS
VS.                          §   C.A. NO. C11-01330 ~~JCS~~
                             §
ISABEL LAURA BUZKO, et al.,  §
                             §
     Defendants.             §

## CONDITIONAL ORDER OF DISMISSAL

Having considered Joint Motion for Conditional Dismissal of Plaintiff, Joe Hand Promotions, Inc., and Defendants, Isabel Laura Buzko and Vito's Restaurant & Pizzeria, the Court hereby dismisses the case without prejudice to reinstatement if any party represents to the Court on or before November 15, 2011 that the settlement cannot be consummated.

The Court retains jurisdiction over any settlement agreements.

All pending deadlines/hearings are hereby dismissed.

SIGNED on the  2nd  day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE